| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 6:11-cr-81-Orl-22KRS |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 20-cr-00031-CMA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| John E. Huth | Middle District of Florida | Orlando | |
| | NAME OF SENTENCING JUDGE The Honorable Anne C. Conway | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/07/2019 | TO |

**OFFENSE**

Distribution of Child Pornography 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  MIDDLE  DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/21/2020
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/23/2020
Effective Date

*signature*
United States District Judge